JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Case No.  CV 15-09761-AB (JEMx)

ISSAYAS M. MICHAEL,

Plaintiff,

v.

UNITED STATES OF AMERICA,
et. al,

Defendants,

(~~PROPOSED~~) JUDGMENT

Honorable André Birotte Jr.

Defendants' Motion for Summary Judgment came on regularly for hearing on July 24, 2017, before the Honorable André Birotte Jr., United States District Judge, and the Court having considered the pleadings, evidence presented, Memorandum of Points and Authorities and the oral argument at the time of the hearing, and in accordance with the September 28, 2017 Order Granting Defendants' Motion for Summary Judgment (Dkt. No. 58), and the Statement of Uncontroverted Facts and Conclusions of Law,

1.

1        IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants'

2    Motion for Summary Judgment be granted and judgment is hereby entered for

3    Defendants United States of America and U.S.D.A. Food and Nutrition Service.

4

5    **IT IS SO ORDERED.**

6

7

8

9    Dated:  October 5, 2017    _____

10   HONORABLE ANDRÉ BIROTTE JR.
     UNITED STATES DISTRICT COURT JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28